1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8   TYRONE HURT,                               No. C-13-80011 MISC EMC

9            Plaintiff,

10       v.                                    **ORDER RE PRE-FILING REVIEW**

11  UNITED STATES DISTRICT COURT
    JUDGE ALEXANDER WILLIAMS,
12

13           Defendant.
    _____/

14

15

16       Plaintiff in this case is subject to pre-filing review for all complaints filed in this District

17  pursuant to a January 11, 2013 Order in the case *Hurt v. All Sweepstakes Contests*, No. C-12-4187

18  EMC (N.D. Cal. Jan. 11, 2012) (Docket No. 18). In that case, the Court found that Plaintiff had

19  filed twenty one lawsuits in the previous year, the majority of which had been dismissed with

20  prejudice for failure to state a claim. The Court found that Plaintiff's complaints are "often vague,

21  confusing, or unintelligible" and that where the substance of his allegations can be discerned, they

22  are often based on specious legal theories. In many of the cases, Plaintiff had brought suit based on

23  sweeping allegations of general societal wrongs to which he had no personal connection. The

24  named defendants were often immune to suit or not clearly identified.

25       In this case, Plaintiff filed suit against the United States District Court Judge Alexander

26  Williams of the District of Maryland. The allegations in the complaint are not entirely clear, but

27  seem to concern an Order to Show Cause Judge Williams issued directing Plaintiff to show cause

28  why he should not be subject to pre-filing review in that court. Regardless of the merits of

United States District Court
For the Northern District of California

1  Plaintiff's claim, however, the defendant in this case is a federal judge who is immune to suit.

2  *Mullis v. U.S. Bankr. Court for Dist. of Nevada*, 828 F.2d 1385, 1388 (9th Cir. 1987) ("Judges are

3  absolutely immune from civil liability for damages for their judicial acts.").

4      The Clerk of the Court is therefore directed not to file Plaintiff's complaint in this matter.

5

6      IT IS SO ORDERED.

7

8  Dated: January 29, 2013

9

10                              EDWARD M. CHEN
                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2